United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20586
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT FRANKLIN SCHOONOVER, JR.,
also known as Robert Aaron Cord, also known
as Robert Cord, also known as Robert Nabors,
also known as Robert Aaron Nabors,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:98-CR-101-ALL
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Robert

Franklin Schoonover, Jr., on appeal from the revocation of his

supervised release has moved for leave to withdraw and has filed

a brief as is required by Anders v. California, 386 U.S. 738

(1967). Schoonover has not responded to counsel's motion.

Our independent review of the brief filed by counsel and of

the record discloses no nonfrivolous issue for appeal. Counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.